COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





BRUCE W. LEE,


 Appellant,


v.


ELAINE FLORES LEE,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-05-00181-CV



Appeal from


383rd District Court


of El Paso County, Texas


(TC # 99CM2045)






MEMORANDUM OPINION



 Pending before the court is an agreed motion by the parties asking that we withdraw our
opinion dated January 25, 2007; and dismiss the appeal pursuant to their agreement. We grant the
motion. We dismiss the appeal pursuant to Rule 42.1(a)(1) and withdraw our opinion pursuant to
Rule 42.1(c). See Tex.R.App.P. 42.1(a)(1) and (c). We further order costs be assessed against the
party incurring same. 


March 4, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Barajas, C.J. (Ret.)

Barajas, C.J. (Ret.), sitting by assignment, not participating